UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas John Styczinski, Tom "The Coin Guy", LLC, Treasure Island Coins, Inc., and Numismatist United Legal Defense,<br><br>Plaintiffs,<br>v.<br><br>Grace Arnold, in her official capacity as Commissioner of the Minnesota Department of Commerce,<br><br>Defendant. | Court File No. 0:20−cv−02019−NEB−BRT<br><br><br>**NOTICE OF APPEAL** |

Notice is given to the Defendant Grace Arnold, in her official capacity as Commissioner of the Minnesota Department of Commerce, that the Plaintiffs Thomas John Styczinski, Tom "The Coin Guy", LLC, Treasure Island Coins, Inc., and Numismatist United Legal Defense, appeal to the United States Court of Appeals for the Eighth Circuit from the judgment filed on July 26, 2021 (Dckt. No. 40) and the amended judgment filed on July 27, 2021 (Dckt. No. 41) based upon the district court's order granting in part and denying in part, the Defendant Commissioner Arnold's motion to dismiss and the Plaintiffs' motion for summary judgment, which was granted in part and denied in part. (Dckt. No. 38). The order and judgments adjudicated all claims as to all parties.

Dated August 25, 2021.   */s/ Erick G. Kaardal*
　　　　　　　　　　　　　　　Erick G. Kaardal, Atty. No. 229647
　　　　　　　　　　　　　　　Mohrman, Kaardal & Erickson, P.A.
　　　　　　　　　　　　　　　150 South Fifth Street, Suite 3100
　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　Telephone:　(612) 341-1074
　　　　　　　　　　　　　　　Facsimile:　(612) 341-1076
　　　　　　　　　　　　　　　Email:　　　kaardal@mklaw.com
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

CASE 0:20-cv-02019-NEB-TNL   Doc. 56   Filed 08/25/21   Page 2 of 2